# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                                **Case No. 6:08-cv-2179-Orl-28GJK**

**BEVERLY J. CAMPBELL,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) filed February 10, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 15, 2009 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) is **GRANTED**.

3. Plaintiff is awarded the total amount of $9,670.36 ($4,849.13 in principal; $4,354.62 in interest to February 9, 2009; $91.16 in interest from February 9, 2009 to May 6, 2009; and $375.00 in costs).

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $9,670.36.

5. After entry of judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party